UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SALINAS VALLEY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY,<br><br>Defendant. | Case No.:  2:23-cv-01121-JAM-JDP<br>Judge:  Hon. John A. Mendez<br><br>**ORDER GRANTING REQUEST IN FURTHER JOINT STIPULATION EXTENDING THE TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Having fully considered the Further Joint Stipulation To Extend Time To Answer Or Otherwise Respond To Complaint filed by Plaintiff Salinas Valley Corporation and Defendant American Empire Surplus Lines Insurance Company, and upon good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendant American Empire Surplus Lines Insurance Company to answer or otherwise respond to the Complaint in this action is further extended by forty-six (46) days, until **October 2, 2023**.

**IT IS SO ORDERED.**

Dated: August 14, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE