Mohammed S. Mandegary (CA SBN 235529)
mmandegary@tresslerllp.com
Joshua D. Mountain (CA SBN 281124)
jmountain@tresslerllp.com
TRESSLER LLP
2 Park Plaza, Suite 1050
Irvine, CA 92614
Telephone: 949-336-1232
Facsimile: 949-752-0645

Attorneys for Defendant
AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SALINAS VALLEY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY,<br><br>Defendant. | Case No.:  2:23-cv-01121-JAM-JDP<br>Judge:  Hon. John A. Mendez<br><br><br>**FURTHER JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br><br><br>**Current response deadline: 10/2/2023**<br><br>**Extended response deadline: 11/15/2023** |

Pursuant to Local Rule 144, Plaintiff Salinas Valley Corporation ("SVC") and Defendant American Empire Surplus Lines Insurance Company ("AESLIC"), by and through their undersigned respective counsel of record, respectfully request an extension of the time for AESLIC to answer or otherwise respond to the Complaint pursuant to and as set forth in this further joint stipulation to extend AESLIC's deadline to answer or otherwise respond to the Complaint in this action by forty-five (45) days to November 15, 2023.

SVC and AESLIC submit the following showing of good cause for the relief requested in this Joint Stipulation:

1.      SVC's Complaint was filed on June 12, 2023.

2.      SVC's Complaint was served on AESLIC on June 29, 2023.

3.      Pursuant to United States District Court, Eastern District of California, Local Rule 144 (Fed. R. Civ. P. 6), on July 19, 2023, SVC and AESLIC agreed and stipulated to continue the response deadline for AESLIC to answer or otherwise respond to the Complaint by twenty-eight (28) days, to August 17, 2023. (*See* Dkt. No. 7.)

4.      SVC and AESLIC had planned to meet in-person on September 12, 2023 in an attempt to resolve their respective disputes in connection with matters alleged in the Complaint and, pursuant to United States District Court, Eastern District of California, Local Rule 144 (Fed. R. Civ. P. 6), on August 11, 2023, SVC and AESLIC agreed and stipulated to continue the response deadline for AESLIC to answer or otherwise respond to the Complaint by forty-six (46) days, to October 2, 2023. (*See* Dkt. No. 8.)

5.      On August 15, 2023, this Court issued its Order Granting Request In Further Joint Stipulation Extending The Time For Defendant To Answer Or Otherwise Response To Complaint to October 2, 2023. (*See* Dkt. No. 9.)

6.      The September 12, 2023 meeting has been rescheduled for October 3, 2023.  The parties hope to resolve their respective disputes in connection with matters alleged in the Complaint at this upcoming in-person meeting.

7.      SVC and AESLIC believe that the extension requested in this Joint Stipulation will allow the parties to proceed in an orderly and streamlined fashion with their further meet and confer efforts and in-person meeting without having to incur litigation expense and use of Court time and resources, and thus at this time respectfully request that this Court extend the deadline for AESLIC to answer or otherwise respond to the Complaint in this action by an additional forty-five (45) days, until November 15, 2023.

8.      Good cause exists for the extension to allow SVC and AESLIC additional time to meet and confer and hold an in-person meeting to determine to what extent, if any, the parties can

FURTHER JOINT STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT

1  resolve their disputes in connection with matters alleged in the Complaint, which will potentially

2  avoid a motion to dismiss and/or motion to strike and litigation as to some or all matters, and promote

3  judicial economy.

4      9.      The interests of justice and judicial efficiency will be furthered by extending the date

5  by which AESLIC must answer or otherwise respond to the Complaint.

6      NOW, THEREFORE, SVC and AESLIC, by and through their respective counsel of record,

7  jointly stipulate that it would be in the interest of judicial economy and the parties herein, for the

8  Court to issue an Order extending the deadline for Defendant American Empire Surplus Lines

9  Insurance Company to answer or otherwise respond to the Complaint for an additional forty-five

10  (45) days, until November 15, 2023.

11      IT IS SO STIPULATED.

12  Dated:  September 15, 2023          **HANSON BRIDGETT LLP**

13

14                      By:  _/s/ Mollie H. Levy_
                            Miles C. Holden, Esq.
15                          Mollie H. Levy, Esq.
                            Attorneys for Plaintiff Salinas Valley Corporation
16

17  Dated:  September 15, 2023          **TRESSLER LLP**

18

19                      By:  _/s/ Mohammed S. Mandegary_
                            Mohammed S. Mandegary, Esq.
20                          Joshua D. Mountain, Esq.
                            Attorneys for Defendant American Empire Surplus
21                          Lines Insurance Company

22      I hereby attest that all signatories above, and on whose behalf this Further Joint Stipulation

23  To Extend Time To Answer Or Otherwise Respond To Complaint is submitted, concur in the content

24  of this stipulation and have authorized their electronic signatures be affixed and its filing.

25  Dated:  September 15, 2023          **TRESSLER LLP**

26

27                      By:  _/s/ Mohammed S. Mandegary_
                            Mohammed S. Mandegary, Esq.
28

FURTHER JOINT STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Having fully considered the Further Joint Stipulation To Extend Time To Answer Or Otherwise Respond To Complaint filed by Plaintiff Salinas Valley Corporation and Defendant American Empire Surplus Lines Insurance Company, and upon good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendant American Empire Surplus Lines Insurance Company to answer or otherwise respond to the Complaint in this action is further extended by forty-five (45) days, until **November 15, 2023**.

**IT IS SO ORDERED.**

Dated: September 18, 2023                          /s/ John A. Mendez

                                                   THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT JUDGE

FURTHER JOINT STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT